IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00963-BNB

WILLIAM B. FITZSIMMONS,

    Plaintiff,

v.

SHERIFF ROUTT COUNTY COLORADO,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    The "Motion to File Without Payment of Filing Fee," submitted by Plaintiff on April 12, 2011 (Doc. # 2) is DENIED as moot. Plaintiff paid the $350.00 filing fee on May 12, 2011.

    In addition, Plaintiff's "Motion to Submit Exhibits, Clearks [sic] Action Required," filed on May 11, 2011 (Doc. # 6) is DENIED as unnecessary.

    Dated:  June 20, 2011