IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 24 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00963-BNB

WILLIAM B. FITZSIMMONS,

    Plaintiff,

v.

SHERIFF ROUTT COUNTY COLORADO,
DEPUTY MAGDALENA ENGER, and
DEPUTY BROCK KNEZ,

    Defendants.

---

### ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

    Plaintiff, William B. Fitzsimmons, is currently incarcerated at the Gilpin County Detention Center in Black Hawk, Colorado. He initiated this action by filing a *pro se* Prisoner Complaint pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1343 on April 12, 2011. He has paid the $350.00 filing fee.

    On May 19, 2011, the Court found that the Complaint was deficient because Mr. Fitzsimmons failed to allege the personal participation of each named defendant. Therefore, Mr. Fitzsimmons was directed to file an Amended Complaint, which he submitted on June 13, 2011.

    The Court must construe the Amended Complaint liberally because Plaintiff is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). If the Amended Complaint

reasonably can be read "to state a valid claim on which the plaintiff could prevail, [the Court] should do so despite the plaintiff's failure to cite proper legal authority, his confusion of various legal theories, his poor syntax and sentence construction, or his unfamiliarity with pleading requirements." *Hall*, 935 F.2d at 1110. However, the Court should not act as an advocate for a *pro se* litigant. *See id.* Under Section 1983, a plaintiff must allege that the defendants have violated his or her rights under the United States Constitution while the defendants acted under color of state law. For the reasons stated below, Mr. Fitzsimmons will be directed to file a Second and Final Amended Complaint.

First, the Amended Complaint Mr. Fitzsimmons filed on June 13, 2011, is not on the Court-approved form. Instead, Mr. Fitzsimmons has filed three sheets of paper titled "Amended Civil Complaint." The Amended Complaint is missing the addresses of the parties for purposes of service, the Jurisdiction section, and the Request for Relief Section. Therefore, Mr. Fitzsimmons will be directed to file a Second Amended Complaint on the Court-approved form that includes all sections.

Further, Rule 10.1 of the Local Rules of Practice for this Court requires that all papers filed in cases in this Court be double-spaced and legible. *See* D.C.COLO.LCivR 10.1E. and G. The Amended Complaint Mr. Fitzsimmons filed is difficult to read because it is single-spaced and written in all capital letters. The Second and Final Amended Complaint Mr. Fitzsimmons will be directed to file, if handwritten, shall be double-spaced and written legibly, in capital and lower-case letters

Personal participation by the named defendants is an essential allegation in a civil rights action. *See Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976). *Id.* Mr. Fitzsimmons must show that each defendant caused the deprivation of a federal right. *See Kentucky v. Graham*, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each defendant's participation, control or direction, or failure to supervise. *See Butler v. City of Norman*, 992 F.2d 1053, 1055 (10th Cir. 1993). A defendant, such as the Sheriff of Routt County, may not be held liable merely because of his or her supervisory position. *See Pembaur v. City of Cincinnati*, 475 U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983).

To state a claim in federal court, the Second and Final Amended "[C]omplaint must explain what each defendant did to him . . .; when the defendant did it; how the defendant's action harmed him . . . ; and, what specific legal right [he] believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10thCir. 2007).

Mr. Fitzsimmons may use fictitious names, such as Jane or John Doe, if he does not know the real names of the individuals who allegedly violated his rights. However, if Mr. Fitzsimmons uses fictitious names he must provide sufficient information about each defendant so that each defendant can be identified for purposes of service. Accordingly, it is

ORDERED that Plaintiff, William B. Fitzsimmons, file **within thirty (30) days from the date of this order** a second and final amended complaint on the Court-

approved form that complies with the directives in this order. It is

FURTHER ORDERED that it shall be titled "Second and Final Amended Prisoner Complaint," and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 Nineteenth Street, A105, Denver, Colorado 80294. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Fitzsimmons, together with a copy of this order, two copies of the following form to be used in submitting the second and final amended complaint: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Fitzsimmons fails to file a second and final amended complaint that complies with this order to the Court's satisfaction within the time allowed, the amended complaint and the action will be dismissed without further notice.

DATED June 24, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00963-BNB

William Fitzsimmons
PO Box 2474
Steamboat Springs, CO 80474

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint form** to the above-named individuals on June 24, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk